**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| GREGORY T. BARNETT | : | |
| Plaintiff, | : | |
| vs. | : | Case No. 2:05-cv-684 |
| OHIO STATE UNIVERSITY MEDICAL CENTER | : | |
| | : | Judge Marbley |
| | : | Magistrate Abel |
| Defendants. | : | |

**STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff, Gregory T. Barnett, pursuant to Fed. R. Civ. P. 41(a)(1), hereby dismisses all of his claims without prejudice in the above-captioned action.  This dismissal shall not act as a waiver of any rights, claims, interests, or causes of action that Plaintiff may assert in any subsequent proceeding relative to the subject matter of the above-captioned action or otherwise, and Plaintiff reserves and maintains any and all rights to re-file the claims dismissed by this order.

The parties to bear their own costs and attorney's fees.


s/Mark R. Abel
United States Magistrate Judge

APPROVED:

__/s/ J. S. Streb_____
Joseph S. Streb  (0028617)
Trial Attorney for Plaintiff
736 Neil Ave.
Cols., OH  43215
Phone:  (614) 224-0200
Fax:  (614) 224-9323
E-mail:  Streblaw@sbcglobal.net


__/s/ C. E. Hogan_____, as per authority
Christopher E. Hogan (0070236)
Trial Attorney for Defendant
Moots, Carter & Hogan
41 S. High Street
Cols., OH  43215
Phone:  (614) 459-4140
Fax:  (614) 459-4503
E-mail:  chogan@mchlaw.us